[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 20, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14109

_____

D. C. Docket No. 04-02050-CV-JTC-1

NEOTONUS, INC.,

Plaintiff-Appellant,

versus

AMERICAN MEDICAL ASSOCIATION,
AMERICAN UROLOGICAL ASSOCIATION,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(March 20, 2008)**

Before HULL and WILSON, Circuit Judges, and ALBRITTON,[*] District Judge.

_____

[*] Honorable W. Harold Albritton, United States District Judge for the Middle District of Alabama, sitting by designation.

PER CURIAM:

After careful review of the briefs and the benefit of oral argument, we affirm the district court's grant of summary judgment substantially for the reasons set forth in the district court's well-reasoned opinion. *See Neotonus, Inc. v. Am. Med. Ass'n.*, No. 04 Civ. 2050 (N.D. Ga. Aug. 3, 2007).

AFFIRMED.